IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
SCOTT N. JOHNSON,                )
                                 )   2:09-cv-03521-GEB-JFM
          Plaintiff,             )
                                 )   ORDER RE: SETTLEMENT
     v.                          )   AND DISPOSITION
                                 )
                                 )
JOHN EVILSIZOR; MARY EVILSIZOR;  )
KENNETH EVILSIZOR,               )
                                 )
          Defendants.            )
                                 )
```

On March 26, 2010, Plaintiff filed a Notice of Settlement in which he states "the parties have settled this action" and that "[d]ispositional documents will be filed within (30) calendar days." Therefore, a dispositional document shall be filed no later than April 26, 2010. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

The status conference scheduled for April 12, 2010, is continued to commence at 9:00 a.m. on June 14, 2010, in the event

1

1  that no dispositional document is filed, or if this action is not
2  otherwise dismissed.  Further, a joint status report shall be filed
3  fourteen days prior to the status conference.[1]
4       IT IS SO ORDERED.
5  Dated:  April 7, 2010

          _____
          GARLAND E. BURRELL, JR.
          United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that a case has been settled does not justify discontinuance of calendering a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2